UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD C. HENNING,<br><br>    Plaintiff,<br><br>v.<br><br>PERALTA-NORTH SAN PEDRO, LLC, et al.,<br><br>    Defendants. | Case No.  15-cv-06057-BLF<br><br>**ORDER RE NOTICE OF CONDITIONAL SETTLEMENT**<br><br>[Re: ECF 14] |

Before the Court is Plaintiff's Notice of Conditional Settlement, which informs the Court that the parties have reached a settlement which fully resolves this case and that the parties anticipate dismissing this case by no later than July 30, 2016. Accordingly, the Court VACATES all dates currently set for this case and ORDERS Plaintiff to submit a stipulation of dismissal or a status update by July 30, 2016.

**IT IS SO ORDERED.**

Dated: June 15, 2016

_____
BETH LABSON FREEMAN
United States District Judge